# UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON

| IN RE | CHAPTER 7 |
| --- | --- |
| JAMES AND SHAWNA VERT, | CASE NO. 15-14210 |
| Debtors. | OBJECTION TO CLAIM OF EXEMPTION |

To: Debtors, and Rochelle Shuffield, Attorney for Debtor
To: The Clerk of the U.S. Bankruptcy Court

John S. Peterson, the Trustee herein, objects to the claims of exemption by the Debtor. The Trustee objects to the debtor's claim of exemption in property described as "Key Bank Checking Account ending 0268". The statute cited, RCW 25.04.250 was repealed in January 1, 1999. The Trustee further objects to any amended exemption claim pursuant to Title 25 of the RCW pertaining to partnerships. Title 25 establishes the rights and responsibilities of partners to partnership property but does not provide any specific exemption of property in the bankruptcy context. Additionally, the Trustee objects to any claim in property to the extent the value of the property exceed amounts claimed and exemptible pursuant to the cited statute(s). Without limitation, this objection extends to the claim of exemption in "10% interest in Dino Marie, LLC".

DATED this 30th day of October, 2015.            */s/ JOHN S. PETERSON*
                                                  JOHN S. PETERSON, Trustee

I, hereby certify that on the 30th day of October, 2015, I placed in the U.S. Mail, postage prepaid, copies of the documents:

**OBJECTION TO CLAIM OF EXEMPTION**

addressed to:

Rochelle Shuffield
14900 Interurban Ave. S., Suite 287
Renton, WA 98168

James Vert and Shawna Vert
8328 Fauntelroy Way SW
Seattle, WA 98136

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

/s/ JOHN S. PETERSON
JOHN S. PETERSON

SIGNED ON THE 30th OF OCTOBER, 2015.

**JOHN S. PETERSON**
ATTORNEY AT LAW
P.O. Box 829
Kingston, WA 98346
(360)626-4392